287 F.2d 571
 W. E. RIGGS, Jr.,
v.
ST. LOUIS-SAN FRANCISCO RAILWAY COMPANY, a corporation, et al.
 No. 6399.
 United States Court of Appeals Tenth Circuit.
 December 20, 1960.
 
 Appeal from the United States District Court for the Western District of Oklahoma.
 Stubbs & Douglas, Oklahoma City, Okl., for appellant.
 Franklin & Harmon, Oklahoma City, Okl., James L. Homire, St. Louis, Mo., and Robert D. Looney, Oklahoma City, Okl., for appellee.
 Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.
 PER CURIAM.
 
 
 1
 Appeal dismissed for failure of appellant diligently to prosecute.